UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOAN GALLAGHER,
    Plaintiff,

against

INTERMUNE, INC., SCOTT HARKONEN,
CHAD PATTON, and JAMES SHAFFER
    Defendants.

CIVIL ACTION NO. 04-1200

**FILED**
AUG 1 1 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### STIPULATION TO DISMISS WITH PREJUDICE

The parties to the above-captioned matter, by and through their undersigned counsel, hereby stipulate that this action has been settled and is hereby dismissed, with prejudice, including all claims and counterclaims. Each party shall bear its own costs, attorneys' fees and other expenses in connection with this action.

_____
Edward F. Mannino
Attorney I.D. No. 04504
Katherine Menapace
Attorney I.D. No. 80395
Mary Kay Christodoulou
Attorney I.D. No. 87749
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
(215) 965-1200

Dated: 10 August 2005

Attorneys for Defendants

1

_____
John A. Beranbaum
Rebecca Houlding
Attorney I.D. No. 77232
Beranbaum Menken Ben-Asher & Bierman LLP
80 Pine Street, 32nd Floor
New York, NY 10005
(212) 509-1616

Dated:_____    Attorneys for Plaintiff

**SO ORDERED**, this _11_ day of ___August___, 2005.

_____
The Honorable Louis H. Pollack